UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID M. HEFFNER, | : | Case No. 3:12-cv-385 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER THAT: (1) THIS MATTER IS REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) AND (2) THIS CASE IS CLOSED

This civil action is before the Court on the parties' joint motion for remand. (Doc. 13). Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court remands this case for further administrative proceedings. Upon remand the Appeals Council shall vacate all findings in the Administrative Law Judge's decision, and the Commissioner shall conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. There being no further issues to adjudicate, this matter is **CLOSED** on the docket of the Court.

**IT IS SO ORDERED.**

Date:  6/11/13

Timothy S. Black
United States District Judge