UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DAVID M. HEFFNER,**          **CASE NO.   3:12-cv-385**

    Plaintiff,          **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the matter is **REMANDED** to the ALJ Under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **CLOSED** from the docket of the Court.

Date: June 11, 2013                                           **JOHN P. HEHMAN, CLERK**

                                                                                               By: _s/ M. Rogers_
                                                                                                Deputy Clerk